Magistrate Judge Michelle L. Peterson

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff<br><br>          v.<br><br>JUSTIN BAKER,<br><br>              Defendant. | CASE NO.  MJ24-163<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 2244(b) and<br>49 U.S.C. § 46506(1) |

BEFORE, Michelle L. Peterson, United States Magistrate Judge, U.S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Abusive Sexual Contact)

On or about March 14, 2024, within the special aircraft jurisdiction of the United States, that is, while aboard Alaska Airlines flight number 1041, an aircraft in flight traveling nonstop from Burbank, California, to SeaTac, King County, Washington, within the Western District of Washington, and elsewhere, JUSTIN BAKER did knowingly and

1  intentionally engage in sexual contact with Victim 1, that is, touch Victim 1's breast and

2  groin, without Victim 1's permission and with the intent to abuse, humiliate, harass,

3  degrade, and arouse and gratify the sexual desire of any person.

4     All in violation of Title 18, United States Code, Section 2244(b), and Title 49,

5  United States Code, Section 46506(1).

6     And the complainant states that this Complaint is based on the following

7  information:

8     I, Brian Crist, being first duly sworn on oath, depose and say:

9                    **AFFIANT BACKGROUND**

10    1.    I am a Special Agent with the Federal Bureau of Investigation ("FBI") and

11  have been employed with the FBI since February 2023. I am currently assigned to the

12  Seattle Field Office where I am a member of the violent crime, gang, and Transnational

13  Organized Crime – Western Hemisphere squad. I am currently designated as a member of

14  the Civil Aviation Security Program ("CASP"), which investigates crimes occurring within

15  the special maritime and territorial jurisdiction of the United States. Per Title 49, United

16  States Code, Section 46506, the FBI has been designated as the law enforcement agency

17  responsible for investigating crimes that occur onboard an aircraft in flight, including

18  interference with a flight crew and any physical or sexual assault.

19    2.    In my role as member of the CASP team, I have participated in investigations

20  into sexual assaults onboard aircrafts that have resulted in the arrest of individuals and the

21  seizure of related evidence. I have also participated in investigations into international child

22  kidnappings that have occurred within the special maritime and territorial jurisdiction of

23  the United States. I have been involved in executing federal arrest warrants and have

24  conducted custodial and non-custodial interviews of the subjects, victims, and witnesses in

25  these investigations.

26    3.    I am an investigative law enforcement officer of the United States within the

27  meaning of Title 18, United States Code, Section 2510(7). As such, I am empowered to

Complaint - 2
*United States v. Justin Baker*
USAO #2024R00339

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United

2  States Code, Section 2244.

3      4.    This affidavit is made based upon my personal knowledge, training,

4  experience, and investigation, as well as upon information provided to me, and my review

5  of reports prepared by, other law enforcement personnel. This affidavit is made for the

6  purpose of establishing probable cause for this Complaint and thus does not include each

7  and every fact known to me concerning this investigation.

8  <u>**SUMMARY OF PROBABLE CAUSE**</u>

9      5.    According to reports and statements I reviewed, Alaska Airlines flight

10  number 1041 departed Hollywood Burbank Airport in Burbank, California at

11  approximately 6:49 a.m. Pacific Standard Time ("PST") on Thursday, March 14, 2024, and

12  landed at Seattle-Tacoma International Airport ("SEA"), within the Western District of

13  Washington, at approximately 9:54 a.m. PST on March 14, 2024.

14      6.    Victim 1, an 18-year-old female, whose full name is known to me but not

15  included here because this is a public filing, was seated in the window seat of the aircraft.

16  BAKER, 41-year-old male, was seated next to her in the middle seat and another male next

17  to BAKER was in the aisle seat.

18      7.    Victim 1 told investigators that during the flight, BAKER began bumping his

19  knee in Victim 1's knee. Victim 1 tried to move closer to the window to prevent the

20  touching. BAKER then scrolled through messages on his mobile phone until he found a

21  specific text thread. BAKER then set his mobile phone on his leg with this text thread still

22  open, deliberately in Victim 1's view, and showed Victim 1 a text conversation between

23  BAKER and his spouse about engaging in sexual acts. BAKER talked to Victim 1 about

24  the conversation and touched her thigh briefly. This made Victim 1 uncomfortable, and she

25  again moved her leg away. BAKER draped his jacket to cover both his lap and Victim 1's

26  lap before again placing his hand on Victim 1's thigh. BAKER then moved his hand up

27  Victim 1's thigh and rubbed her groin and the outside of her genitalia, over her clothing,

Complaint - 3
*United States v. Justin Baker*
USAO #2024R00339

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   for approximately two minutes. Victim 1 was wearing a linen jumper. Victim 1 told
2   BAKER, "No," and informed BAKER that she was uncomfortable, and did not consent to
3   BAKER's touching. At some point during their interaction, BAKER turned his back to
4   shield the view of Victim 1 from others and pointed out the window, as if he was trying to
5   get Victim 1 to look at the scenery. BAKER then touched Victim 1's breast over her shirt
6   multiple times. When the captain came over the intercom to tell passengers that they had
7   one final chance to use the restroom before descent began, Victim 1 used the opportunity
8   as an excuse to safely leave her seat and get help. Victim 1 exited her row, immediately
9   went to the galley, and reported the incident to the flight attendants. Flight attendants found
10  a new seat for Victim 1 away from BAKER and grabbed Victim 1's belongings for her.

11       8.      Flight attendants reported to the Port of Seattle Police Department that while
12  in flight, Victim 1 reported that she was inappropriately touched and that she was visibly
13  shaken and emotionally distraught. Similarly, when talking to investigators, Victim 1
14  appeared very anxious and was communicating in a nervous manner.

15       9.      After the flight landed, I learned that BAKER had been detained by the Port
16  of Seattle Police Department as the alleged perpetrator of the sexual assault. Investigators
17  interviewed BAKER upon landing at the airport. BAKER stated to investigators that he
18  had showed Victim 1 a sexually explicit conversation on his phone and talked about it with
19  her. BAKER showed this text conversation to investigators. Investigators were able to see
20  that the text message was from days prior and required BAKER to scroll to find it. The text
21  conversation contained explicit messages to BAKER's wife regarding his genitalia, oral
22  sex, and his preferred sexual positions. BAKER stated that he placed his hand on his own
23  leg and touched Victim 1 with his pinky and asked if Victim 1 was comfortable with the
24  touching. BAKER reported that Victim 1 stated "Yes." BAKER also stated that he touched
25  Victim 1's thigh, placed his jacket over both his lap and Victim 1's lap, and touched Victim
26  1's groin area with his hand over her clothes. BAKER's account was consistent with Victim
27  1's account of the physical contact, however, BAKER stated that the exchange was

Complaint - 4
*United States v. Justin Baker*
USAO #2024R00339

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

completely consensual. BAKER stated that he asked Victim 1 if she was comfortable as he was touching her and she said "yes." BAKER stated that Victim 1 grabbed his hand and put it on her genitalia, thrust her hips, and was sexually gratified by the touching. Victim 1 denies she consented to, or engaged in, the touching. BAKER also indicated that Victim 1 touched his crotch, which Victim 1 did not state.

10.     The individual sitting in the aisle seat next to BAKER told the Port of Seattle Police Department that he did not see anything. The individual stated that when BAKER turned his body to look out Victim 1's window, he heard kissing sounds and thought it was strange. Neither BAKER nor Victim 1 mentioned contact through kissing in their statements. The individual also stated he observed BAKER place his jacket over BAKER and Victim 1's laps and that BAKER's hands were underneath the jacket.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

Complaint - 5
*United States v. Justin Baker*
USAO #2024R00339

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## CONCLUSION

2      11.    Based on the above facts, I respectfully submit that there is probable cause
3 to believe that JUSTIN BAKER committed the crime of Abusive Sexual Contact, in
4 violation of Title 18, United States Code, Section 2244(b), and Title 49, United States
5 Code, Section 46506(1).

6

7                                                  BRIAN CRIST, Complainant
8                                                  Special Agent, FBI

9

10      Based on the Complaint and Affidavit sworn to before me, and subscribed in my
11 presence, the Court hereby finds there is probable cause to believe the Defendant
12 committed the offense set forth in the Complaint.

13      Dated this 15th day of March, 2024.

14

15

16                                       Michelle L. Peterson
17                                       United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

Complaint - 6
*United States v. Justin Baker*
USAO #2024R00339

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970