**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JUSTIN BAKER <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☒ Yes  ☐ No    If yes: Complaint <br><br> If yes, please enter the cause number below: <br><br>     CR Enter CR Cause Number here.  or  MJ24-163 MLP <br><br> Has the Defendant had an initial appearance in this case in this district?  ☒ Yes  ☐ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: Enter other District here. <br><br> ☐ In custody (different cause number) in another District: Enter other info here. <br><br> ☐ In local custody: Enter local jurisdiction here. <br><br> ☒ In the community on supervision under cause number: MJ24-163 MLP <br><br> ☐ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☒ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br><br>     ☐ Defendant Address: Click or tap here to enter text. <br><br> ☒ Letter to defense counsel for appearance on: 4/4/2024 <br><br>     ☐ Defense Counsel name and address: JESSE GUERRERO CANTOR, Federal Public Defender's Office (SEA), 1601 5th Ave Ste 700 Westlake Center Office Tower, Seattle, WA 98101 |
| **Trial** | Estimated trial length (days): Three to Four Days |