The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-058 JCC |
|---|---|
| Plaintiff, | PROTECTIVE ORDER |
| v. | [~~Proposed~~] |
| JUSTIN BAKER, | |
| Defendant. | |

This matter, having come to the Court's attention on the Stipulated Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Permissible Disclosure of Protected Material.</u>

The material that is described in the Motion is deemed "Protected Material." The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to defense counsel, as well as his investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

Members of the defense team may not provide copies of the Protected Material to other persons, including the defendant himself. In addition, defense counsel is required to provide a copy of this Protective Order to members of the defense team and obtain written consent from members of the defense team of their acknowledgment to be bound by the

PROTECTIVE ORDER - 1
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

terms and conditions of this Protective Order, prior to providing any Protected Material to the members of the defense team. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2. <u>Filing</u>

Any Protected Material that is filed with the Court in connection with pretrial motions, trial, or other matters before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution. Furthermore, at the close of this case, defense counsel shall return the Protected Material, including all copies of the Protected Material, to the office of the United States Attorney, or otherwise certify that the material has been destroyed.

4. <u>Violation of Any Terms of this Order</u>

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

//
//
//

PROTECTIVE ORDER - 2  
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

5. <u>Labeling</u>

The Government shall mark and label all discovery subject to this order as "PROTECTED MATERIAL."

DATED this 22nd day of July 2024.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Grace W. Zoller*
Assistant United States Attorney

PROTECTIVE ORDER - 3
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970