THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-058-JCC |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JUSTIN BAKER, | |
| Defendant. | |

THE COURT has considered Justin Baker's unopposed motion (**Dkt. No. 20**) to extend the pretrial motions deadline to August 30, 2024. The defense represents more time is needed to "meet and confer" with the government and to continue discussions related to outstanding and pending discovery matters. Additionally, these discussions would include respective positions on possible Rule 12 motions and motions in limine. Given the trial date will remain set for October 21, 2024, the Court finds no prejudice to extend the pretrial motions deadline to August 30, 2024. For these reasons, the unopposed motion for the extension is GRANTED. The pretrial motions deadline is now extended to August 30, 2024.

DONE this 13th day of August 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING PRETRIAL MOTIONS DEADLINE
(*United States v. Baker*, CR24-058-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Justin Baker

ORDER EXTENDING PRETRIAL MOTIONS DEADLINE
(*United States v. Baker*, CR24-058-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**