THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JUSTIN BAKER,<br><br>              Defendant. | No. CR24-058-JCC<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION FOR PERPETUATION DEPOSITIONS |

This matter comes before the Court on the defense's motion to take perpetuation depositions of M.L. pursuant to Federal Criminal Rule 15(a). The Court FINDS that M.L. is a material witness; that exceptional circumstances exist due to M.L. residing in China; and that the interests of justice would require preservation depositions to protect Mr. Baker's right to a fair trial. With no opposition from the Government, the Court GRANTS the motion and further orders that the Government cover the costs of the deposition in accordance with Criminal Rule 15(d).

DATED this 4th day of September 2024.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Justin Baker

ORDER FOR PERPETUATION DEPOSITIONS
(*United States v. Baker*, CR24-058-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100