The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-58 JCC |
|---|---|
| Plaintiff | |
| v. | [Proposed] ORDER FOR EXTENSION OF TIME TO REPLY |
| JUSTIN BAKER, | |
| Defendant. | |

THE COURT having received and reviewed the Government's Unopposed Motion for Extension of Time to Reply, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to Reply is GRANTED.

The parties' reply briefs are to be filed no later than September 13, 2024 and the parties' pre-trial motions (Dkts. 24, 25, and 27) shall be re-noted as the same.

DATED this 10th day of September, 2024

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Order to Extend Time to Reply - 1
United States v. Baker / CR24-58 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ Grace W. Zoller*
   GRACE W. ZOLLER
3  Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to Extend Time to Reply - 2
*United States v. Baker* / CR24-58 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970