The Honorable John C. Coughenour

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

October 1, 2024

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR24-058 JCC |
| Plaintiff | |
| v. | **SUPERSEDING INDICTMENT** |
| JUSTIN BAKER, | |
| Defendant. | |

The Grand Jury charges that:

## COUNT 1

### (Abusive Sexual Contact)

On or about March 14, 2024, within the special aircraft jurisdiction of the United States, that is, while aboard an aircraft in flight traveling nonstop from Burbank, California, to SeaTac, King County, Washington, within the Western District of Washington, and elsewhere, JUSTIN BAKER did knowingly and intentionally engage in sexual contact with Victim 1, that is, touch Victim 1's genitalia, breast, groin, and buttocks, without Victim 1's permission and with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

Superseding Indictment - 1
United States v. Baker, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 18, United States Code, Section 2244(b), and Title 49, United States Code, Section 46506(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, JUSTIN BAKER shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(2) and (3), all property used to commit or to facilitate commission of the offense and any proceeds of the offense.

//

//

//

//

//

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/1/24

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
AMY JAQUETTE
Assistant United States Attorney

_____
GRACE W. ZOLLER
Assistant United States Attorney

Superseding Indictment - 3
United States v. Baker, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970