**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

| | |
|---|---|
| **Defendant Status** | Defendant Name: JUSTIN BAKER <br><br> Is there already a charging document filed for this defendant for this case in this district? <br><br> ☒ Yes    ☐ No        If yes: Indictment <br><br> If yes, please enter the cause number below: <br><br> CR <u>24-058 JCC</u> or        MJ <u>Enter MJ Cause Number here.</u> <br><br> Has the Defendant had an initial appearance in this case in this district?    ☒ Yes    ☐ No |
| **Defendant Location** | ☐ At the FDC under the cause number indicated above. <br><br> ☐ At the FDC under a different cause number: Enter different cause number here. <br><br> ☐ In custody under this cause number in another District: Enter other District here. <br><br> ☐ In custody (different cause number) in another District: Enter other info here. <br><br> ☐ In local custody: Enter local jurisdiction here. <br><br> ☒ In the community on supervision under cause number: <u>CR24-058 JCC</u> <br><br> ☐ At large. <br><br> ☐ Other: Click or tap here to enter text. |
| **Release** | ☒ Continue Conditions of release <br><br> ☐ Continue Detention <br><br> ☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date. |
| **Arraignment** | ☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*). <br><br> ☐ Summons to be issued for: Click or tap to enter a date. <br><br>    ☐ Defendant Address: <u>Click or tap here to enter text.</u> <br><br> ☒ Letter to defense counsel for appearance on: 10/10/2024 <br><br>    ☒ Defense Counsel name and address: Jesse Cantor, Federal Public Defender's Office (SEA), 1601 5th Ave, Ste. 700, Seattle, WA 98101 |
| **Trial** | Estimated trial length (days): 3 days |