The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,                    NO. CR24-058 JCC

11                          Plaintiff            [Proposed] ORDER TO PERMIT VIDEO
                                                 TESTIMONY
12

13                          v.

14  JUSTIN BAKER,

15                          Defendant.

16         Having considered the parties' Stipulated Motion to Permit Video Testimony, the

17  Court finds and orders as follows:

18         1.   The Court finds that defendant Justin Baker has knowingly, intelligently, and

19  voluntarily waived his right to physically confront witness Mingjun Li at his trial and has

20  consented to Mr. Li's testimony by videoconference.

21         2.   Therefore, the Court orders that the government may present the testimony

22  of the above-named witnesses at defendant Baker's trial via videoconference.

23  //

24  //

25  //

26

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS ORDERED

2     DATED this 2nd day of October 2024.

3

4

5

6

7                                                               

8                                JOHN C. COUGHENOUR
                               UNITED STATES DISTRICT JUDGE

9

10

11 Presented by:

12

13 *s/ Grace Zoller*
GRACE ZOLLER

14 KRISTINE FOERSTER
Assistant United States Attorneys

15

16 *s/ Jesse Cantor (signed with permission)*

17 JESSE CANTOR
COLLEN FITZHARRIS

18 Defense Counsel

19

20

21

22

23

24

25

26

27

Order to Permit Video Testimony - 2
*United States v. Baker* / CR 24-058 JCC