**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*



700 Stewart Street, Suite 5220    Tel:  (206) 553-7970
Seattle WA, 98101-1271           Fax: (206) 553-4440
www.usdoj.gov/usao/waw

October 4, 2024

<u>**VIA ECF**</u>

JESSE CANTOR
Attorney at Law

Re:    *United States v. Justin Baker*
       <u>No. CR24-058 JCC, USDC, W.D. Washington</u>

Dear Counselor:

Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

Date:      Thursday, October 10, 2024

Time:      10:00 a.m.

Before:    Paula L. McCandlis, United States Magistrate Judge

Place:     United States Courthouse, Room 12B
           700 Stewart Street, 12th Floor, Seattle, WA  98101

It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et</u>. <u>seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: https://www.wawd.uscourts.gov .

Very truly yours,

TESSA M. GORMAN
United States Attorney

*s/ Grace W. Zoller*
GRACE W. ZOLLER
Assistant United States Attorney