The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUSTIN BAKER,<br><br>Defendant. | NO. CR24-058 JCC<br><br>**GOVERNMENT'S PROPOSED VOIR DIRE** |

The United States of America, by and through Tessa M. Gorman, United States Attorney for the Western District of Washington, and Grace Zoller and Kristine Foerster, Assistant United States Attorneys for said District, respectfully requests that the following questions be included in the voir dire of potential jurors in the above-captioned case, with appropriate follow up, as needed.

**Prior Knowledge of Case and Participants**

1. Do any of you personally know any of the attorneys or the defendant, Mr. Baker?

2. Do any of you personally know me or any of the court staff present today?

Government's Proposed Voir Dire - 1
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Capacity to Serve as Juror**

3. Do any of you have or anticipate any family or employment-related issues needing your immediate attention that would cause you to not be able to concentrate on the proceedings in court for this period of time?
4. Does anyone have any difficulty in understanding English to any degree?

**Connections with Law Enforcement/Criminal Defense/Courts**

5. Do you, any close friends, or relatives currently work in the legal system?
6. Did you, any close friends, or relatives previously work in the legal system?
7. Do you, any close friends, or relatives work for the courts?
8. Did you, any close friends, or relatives previously work for the courts?
9. Are you, close friends, or relatives connected with law enforcement, whether federal, state, county, city, or private in a professional or volunteer capacity? This question includes prior connections, such as prior careers.
10. Are you, close friends, or relatives connected with lawyers or firms engaged in the practice of criminal defense, including public defender offices or private law offices engaged in criminal defense practice?
11. Have you ever served on a civil jury before?
12. Have you ever served on a criminal jury before? If so, did your jury reach a verdict?
13. Have you ever served on a grand jury before?
14. Have you ever been a witness to a crime before?

**Disputes with Federal Government**

15. Have you ever been in a dispute with the federal government over any issue?
16. Was the dispute resolved to your satisfaction?
17. Do you have any close friends or relatives who have been in a dispute with the federal government?

Government's Proposed Voir Dire - 2
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

18. Was the dispute resolved to your friend or relative's satisfaction?

**Positive/Negative Experiences with Law Enforcement**

19. Have you ever had a particularly positive or negative experience with law enforcement generally?
20. Do you have any particularly positive or negative views about the following law enforcement agencies:
    - Department of Justice
    - United States Attorney's Office
    - Federal Bureau of Investigation
    - Port of Seattle Police Department
21. Is there anyone here who has ever been arrested whether rightly or wrongly?
22. Do any of you have any relatives or close friends who have been arrested whether rightly or wrongly?
23. Do any of you know anyone who has been either accused or convicted of a crime? If your answer is 'Yes' do you feel as if that person was treated unfairly by the criminal justice system?

**Airplanes/Travel**

24. Do any of you have considerable experience in air travel? By 'considerable,' I mean more than infrequent air travel.
25. Do any of you frequently travel by air for business?
26. Is there anyone here who has not traveled on a commercial airline previously?

**Presumption, Burden of Proof, and Deliberation**

27. Does anyone believe it is necessary for the government to produce testimony from multiple witnesses in a sexual assault case to prove the facts beyond a reasonable doubt?

Government's Proposed Voir Dire - 3
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

28. Is there anyone who would require the government to provide DNA evidence in order to prove that a sexual assault took place?
29. Do you believe you will have difficulty discussing sexual matters openly with your fellow jurors during deliberations?
30. Does everyone agree that people may react to traumatic events differently?
31. Does anyone feel that cases involving allegations of sexual assault or sexual abuse should be dealt with somewhere other than the courtroom?
32. Is there anyone who would require the government to provide evidence of physical injury in order to prove a sexual assault took place?
33. Does anyone think teenagers are not as honest as adults?
34. Would you find someone less credible because English is their second language?
35. Is there anyone who would be unwilling to convict a person of a crime if all the evidence in the case came from a single witness, whom you believed?
36. Do both parties have to affirmatively give permission for the sexual activity?
37. Does anyone believe someone has to say no to show they don't consent to sexual activity?
38. Would anyone automatically disbelieve a victim who did not yell or cry out for help during a sexual assault?
39. Do you have particular expectations as to the type of evidence you would anticipate seeing in a case involving sexual assault?

### Ability to Follow the Law and Serve

40. Do you have any moral, ethical, religious, philosophical, or other beliefs that would prevent you from fulfilling your duties and responsibilities as a juror?
41. As a juror in this case, your obligation would be to listen to the evidence and from that determine the facts according to the law as given to you by the court. You must follow the Court's instructions on the law even if you disagree with

Government's Proposed Voir Dire - 4
United States v. Baker, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | them. Is there anyone here who believes they cannot follow my instructions,
2 | even if they are different from what you personally believe the law should be?
3 |
4 | DATED this 11th day of October, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/Grace W. Zoller*
GRACE W. ZOLLER
KRISTINE FOERSTER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0582
Email: grace.zoller@usdoj.gov
Email: kristine.foerster@usdoj.gov

Government's Proposed Voir Dire - 5
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970