THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-058-JCC |
| Plaintiff, | |
| v. | DEFENSE WITNESS LIST |
| JUSTIN BAKER, | |
| Defendant. | |

The defense may call the following witnesses during its case in chief:

1) Mingjun Li
2) Katelyn Kingen

DATED this 11th day of October 2024.

Respectfully submitted,

s/ *Jesse Cantor*
s/ *Colleen Fitzharris*
Assistant Federal Public Defenders
Attorneys for Justin Baker

DEFENSE WITNESS LIST
(*United States v. Baker*, CR24-058-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100