THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR24-0058-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JUSTIN BAKER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On October 16, 2024, Defendant filed an additional motion *in limine* to preclude certain testimony from trial (Dkt. No. 69). Under CrR 12(b), the Government's response to this motion would normally be due on October 23, 2024. However, in light of trial set to commence on October 21, 2024, the Court FINDS good cause to amend the briefing schedule. The Government's response is due no later than October 21, 2024. Defendant may not file a reply brief.

DATED this 17th day of October 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
