THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 | UNITED STATES OF AMERICA, | CASE NO. CR24-0058-JCC

10 | Plaintiff, | ORDER

11 | v.

12 | JUSTIN BAKER,

13 | Defendant.

14

15     The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and

16 that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

17

18     DATED this 23rd day of October 2024.

19

20

21

John C. Coughenour
UNITED STATES DISTRICT JUDGE

22

23

24

25

26

ORDER
CR24-0058-JCC
PAGE - 1