Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JUSTIN ALAN BAKER,<br><br>                Defendant. | No. CR24-058-JCC<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury:

Can we have a copy of what ~~Evette~~ ~~said~~ the questions + Evette's answers when she said "no" she was not OK?

Testimony from this week – Evette

PRESIDING JUROR

Date and Time: 10/23/24 11:30 am

JURY QUESTION AND THE COURT'S RESPONSE – 1