CR24-058-JCC – *UNITED STATES OF AMERICA v. JUSTIN ALAN BAKER*

## Admitted Trial Exhibit List

| NO. | DESCRIPTION | ADMITTED/ REFUSED | DATE ADMITTED/ REFUSED | NOTES |
|---|---|---|---|---|
| **Plaintiff's Exhibits** | | | | |
| 3 | Alaska Airlines Flight 1041, Row 11, Passenger Name Record | A | 10/21/2024 | |
| 7 | Photo of Justin Baker Text Message | A | 10/21/2024 | |
| 8 | Photo of Alaska Airlines Crew Check-In | A | 10/21/2024 | |
| 9 | Justin Baker's Jacket from March 14, 2024 | A | 10/21/2024 | |
| 36 | Photo of Justin Baker Driver's License (redacted) | A | 10/22/2024 | |
| 41 | Photos of AV1 | A | 10/21/2024 | |
| 52 | Linda Scolinos text with Mr. Baker 9393 number (2) | A | 10/22/2024 | Objection overruled |
| 53 | Linda Scolinos text with Mr. Baker 3941 number (1) | A | 10/22/2024 | Objection overruled |
| 54 | Linda Scolinos text with Mr. Baker 3941 number (2) | A | 10/22/2024 | Objection overruled |
| 55 | Linda Scolinos text with Mr. Baker 3941 number (3) | A | 10/22/2024 | Objection overruled |
| 62 | Photo of M.V. 1, age 15 | A | 10/22/2024 | Objection overruled |
| | | | | |