CR24-058-JCC – *UNITED STATES OF AMERICA v. JUSTIN ALAN BAKER*

# Trial Witness List

| Name | Date(s) Testified |
|---|---|
| Adult Victim 1, E.C. | 10/21/2024 |
| Katelyn Hasenfus | 10/21/2024 |
| Marco Gonzalez | 10/21/2024 |
| Kyle Peterson | 10/21/2024 |
| Brian Crist | 10/21/2024 |
| Justin Leroux | 10/22/2024 |
| Minh Truong | 10/22/2024 |
| Linda Scolinos | 10/22/2024 |
| Minor Victim 1, S.C. | 10/22/2024 |
| Colin Spence | 10/22/2024 |
| Mingjun Li (Remote Appearance) | 10/22/2024 |
| Katelyn Kingen | 10/23/2024 |