THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN BAKER,<br><br>    Defendant. | CASE NO. CR24-0058-JCC<br><br>VERDICT FORM |

We, the jury, after due deliberation and consideration of all the evidence, unanimously find the following:

**Count 1: Abusive Sexual Contact in Special Aircraft Jurisdiction**

As to the offense of Abusive Sexual Contact in Special Aircraft Jurisdiction, as charged in Count 1, we, the Jury, unanimously find the defendant, JUSTIN BAKER:

GUILTY __X__          NOT GUILTY _____

_____          10/23/24
PRESIDING JUROR                      DATE

VERDICT FORM
CR24-0058-JCC
PAGE - 1