THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JUSTIN BAKER,<br><br>               Defendant. | CASE NO. CR24-0058-JCC<br><br>ORDER |

The Court, not having found a substantial likelihood that a motion for acquittal or new trial will be granted in this matter, and having been informed by the Government that it does not intend to recommend that no sentence of imprisonment be imposed, ORDERS Defendant detained pending sentencing and/or appeal. *See* 18 U.S.C. § 3143(a)(2).

DATED this 23rd day of October 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR24-0058-JCC
PAGE - 1