The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br><br>          v.<br><br>JUSTIN BAKER,<br><br>                Defendant. | NO. CR24-058 JCC<br><br>JOINT CERTIFICATION OF COUNSEL RE: ADMITTED TRIAL EXHIBITS |

The United States of America, by and through Tessa M. Gorman, United States Attorney for the Western District of Washington, and Grace Zoller and Kristine Foerster, Assistant United States Attorneys, and Jesse Cantor and Colleen Fitzharris, Counsel for Justin Baker, hereby files the admitted trial exhibits.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

At the close of the trial counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. The exhibits filed here are those same exhibits. Exhibits 3, 7, 36, 41, 53, 54, 55, 62 have had additional redactions applied to them to comply with local court

Joint Certification: Admitted Trial Exhibits - 1
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

rules and the protective order issued in this case. Unredacted copies of these exhibits—as they were admitted at trial—will be filed under seal.

Therefore, the undersigned submits that the admitted trial exhibits[1] as listed on Court's Exhibit List (Dkt. No. 93) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this matter.

DATED this 30th day of October, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 /s/ Grace W. Zoller
GRACE W. ZOLLER
KRISTINE FOERSTER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-7970
Fax:         (206) 553-0882
E-mail:     grace.zoller@usdoj.gov

*/s/ Jesse Cantor (via email)*
JESSE CANTOR
COLLEEN FITZHARRIS
Counsel for Justin Baker

---

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Bulk exhibits, such as Exhibit 9, will be maintained by the FBI.

Joint Certification: Admitted Trial Exhibits - 2
*United States v. Baker*, CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970