**PNR: CMOSMB 3/12/2024**

**HEADER**
CMOSMB 2024/03/14 AS 1041 2024/03/12 1542 004 TTY 001 000 TTY 000 RM 1S
1XIAO/JIN MR
  AS 1041N 14MAR Q BUR SEA HK 01 700A 948A HRS /E
**TKT/TIME LIMIT**
  T-13MAR-NET5RWD
  TE 0278092983143 XIAO/J SYSSYS 1542/12MAR*
  TK 0272363951226 XIAO/J NET5RWD 0408/13MAR
**PHONES**
**PRE-RESERVED SEATS**
  AS 1041N 2024/03/14 BUR SEA HK 11A NWL 1.1
**FREQUENT TRAVELER ITEM**
**UPGRADE LIST**
**PASSENGER PROFILE**
**HOST FACTS**
  SSR DOCS AS HK1/P/CA/AS206400/CA/███████/M/08FEB32/XIAO/JIN 1.1
  SSR CTCE AS HK1/46302830//QQ.COM
  OSI AS CTCP NYC1520003044
  SSR TKNE AS HK1 BURSEA1041N14MAR/0278092983143C1 1.1
  SSR AUTO AS 1041N14MAR/ASU SGL NON ELITE NON SAVER NN1 1.1
  SSR TKNA AS HK1 BURSEA1041N14MAR/02723639512266 1.1
  OSI -BAG FEE- BAGGAGE-0GO*1041BURSEA14MAR/1 1.1
**ASSOCIATED REFERENCE FIELD**
  PNRLOC SEATS TK/TL PASSENGER NAMES
**GENERAL FACTS**
  SSR SEAT AS KK1 BURSEA1041N14MAR-1XIAO/JIN MR.11AF
  OSI AS WEB BT BUR 7027-782932I 1.1
  OSI AS *WEB*1041/14MARBUR/XIAO-SUCCESSFUL CKIN/240313070635 1.1
**REMARKS**
  H-ASU PROCESSED
  H-AUTH-MSTR/CA2748/13MAR/███████████1519
  H- AUTH-APV/1BEDS0/00/USD35.00
  H- AUTH-CSC NOT SUPPLIED/
  H- AUTH-AVS NOT SUPPORTED/
  XXAUTH/1BEDS0 /CA2748
**RECEIVED FROM -**
  HDQRM1S122042/DKA518DDC10C83/4FA486000000E1D9 51F4C252-001
**RECORD LOCATOR -**
  HDQ1SAGMPGA/3D4J/31711831
  TTY.TTY 1542 2024/03/12 CMOSMB
**SERVICE IMPROVEMENT**
**HISTORY**
  A3O OSI AS *WEB*1041/14MARBUR/XIAO-SUCCESSFUL CKIN/240313070635
  S-BUR NET 5RWD 0908 2024/03/13
  A3O OSI AS WEB BT BUR 7027-782932I
  S-BUR NET 5RWD 0908 2024/03/13
  A4O OSI -BAG FEE- BAGGAGE-0GO*1041BURSEA14MAR/1
  S-NET 5RWD 0908 2024/03/13
  A5H H-AUTH-MSTR/CA2748/13MAR/███████████1519
  A5H H- AUTH-APV/1BEDS0/00/USD35.00
  A5H H- AUTH-CSC NOT SUPPLIED/
  A5H H- AUTH-AVS NOT SUPPORTED/
  A4S SSR TKNA AS HK1 BURSEA1041N14MAR/02723639512266
  X7 T-12MAR
  A7 T-13MAR-NET5RWD
  AT W$PQ1N1.1$F*CAXXXXXXXXXXXX2748/0427
  S-NET NET 5RWD 0908 2024/03/13
  A3S SSR SEAT AS KK1 BURSEA1041N14MAR-1XIAO/JIN MR.11AF
  A5H H-ASU PROCESSED
  A4S SSR AUTO AS 1041N14MAR/ASU SGL NON ELITE NON SAVER NN1

USA-00000134

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 3
Admitted _____

PROTECTED MATERIAL

```
A4G AS 1041N 2024/03/14 BUR SEA SS 11A NWL
R-SABRESONIC RIM
S-SEA SEA 4RRA 0705 2024/03/13
A4S SSR TKNE AS HK1 BURSEA1041N14MAR/0278092983143C1
R-HDQRM1S122042 52043102-001
S-TTY TTY RM1S 1542 2024/03/12
A7 T-12MAR
S-LAX LAX AQL 1542 2024/03/12
```

**PRICE RETENTION**
```
PRICE QUOTE RECORD - DETAILS
PQ 1 BAGFEE-35
BASE FARE EQUIV AMT TAXES TOTAL
USD35.00 USD35.00 ADT
ADT-01 NAS01/0GO
BUR AS SEA35.00NAS01/0GO USD35.00END
01 O BURSEA AS 1041 N 14MAR 700A NAS01/0GO 14MAR14MAR
NET SEA 5HWB 0908 /13MAR STATUS-ACTIVE EXP- /07FEB PRICE-AGT
```

**QUEUE HISTORY**
```
LOGGED HISTORY
DUP ARI 0013/001 2024/03/13 0908 NO ADD BY ARI ARI
DUP ARI 0013/001 2024/03/12 1542 NO ADD BY ARI ARI
DUP ARI 0013/001 2024/03/12 1542 NO ADD BY ARI ARI
ON ARI 0013/001 2024/03/12 1542 PLACED BY ARI ARI
```

**BAG TAG**
```
PSGR#-001 JIN MR XIAO
PSGR#-001 RTE #-0001 SEA 7027782932 BY - BUR 5RWD 0708/2024/03/13 STATUS-
PSGR#-001 RTE #-0001 SEA 7027806372 BY - BUR 54AN 0549/2024/03/14 STATUS-
RTE #-0001 AS 1041 SEA
BOARDING PASS PRINT RESULT
PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
```

**ERROR MESSAGES**

PROTECTED MATERIAL

PNR: FMYKQS 1/23/2024

```
HEADER
   FMYKQS 2024/03/14 AS 1052 2024/01/23 1124 5 HWE 004 NET 001 000 SEA 001
   1KINGEN/KATELYN
    AS 1041X 14MAR Q BUR SEA HK 01 700A 948A HRS /E
    AS 1052X 14MAR Q SEA BUR HK 01 530P 802P HRS /E
 TKT/TIME LIMIT
    T-23JAN-NET5HWE
    TE 0272359019353 KINGE/K NET5HWE 0724/23JAN
 PHONES
    NET*TRAVELER*          *CNTRY 1-H
    NET*ARRANGER*          *CNTRY 1
    NET*ARGUID* 1DC4A5B3-9D0C-4DBF-AA51-963C62ECC685
    ETT*-**            *
    NET*FORMID 5N337812F9A1F4C44A64485398C89Q04
 PRE-RESERVED SEATS
    AS 1041X 2024/03/14 BUR SEA HK 11B NLH 1.1
    AS 1052X 2024/03/14 SEA BUR HK 06B NLH 1.1
 FREQUENT TRAVELER ITEM
    AS 23885153 HK AS NN 1.1
 UPGRADE LIST
 PASSENGER PROFILE
   KATELYN KINGEN

 HOST FACTS
    OSI AS *-UPG*COMP-AUTOUP-BUR/SEA/1041/14MAR2024/IX
    OSI AS *-UPG*COMP-AUTOUP-PC-BUR/SEA/1041/14MAR2024/IX
    OSI AS *-UPG*COMP-AUTOUP-SEA/BUR/1052/14MAR2024/IX
    OSI AS *-UPG*COMP-AUTOUP-PC-SEA/BUR/1052/14MAR2024/IX
    OSI AS *-UPG*COMP-RULE PC USED AS X MVP TYPE-/BUR/SEA/1041/14MAR2024/IX 1.1
    OSI AS *-UPG*COMP-RULE USED AS X MVP TYPE-/BUR/SEA/1041/14MAR2024/IX 1.1
    SSR BRGV /BOFA BIN 400390 NN1 1.1
    OSI AS *-UPG*COMP-RULE PC USED AS X MVP TYPE-/SEA/BUR/1052/14MAR2024/IX 1.1
    OSI AS *-UPG*COMP-RULE USED AS X MVP TYPE-/SEA/BUR/1052/14MAR2024/IX 1.1
    SSR DOCS AS HK1/DB/        /F/KINGEN/KATELYN/M 1.1
    SSR DOCO AS HK1//K/        //US 1.1
    SSR AUTO AS 1041X14MAR/ASU SGL MVP SAVER NN1 1.1
    SSR AUTO AS 1052X14MAR/ASU SGL MVP SAVER NN1 1.1
 ASSOCIATED REFERENCE FIELD
    PNRLOC SEATS TK/TL PASSENGER NAMES
 GENERAL FACTS
    OSI YY PCTC IRROPE
    OSI YY PCTC IRROPP            *CNTRY 1
    OSI AS *MBL*1041/14MARBUR/KINGEN-SUCCESSFUL CKIN/240313214124 1.1
    OSI AS *MBL*1052/14MARSEA/KINGEN-SUCCESSFUL CKIN/240314160338 1.1
 REMARKS
    -TBM*XXXXXXXXXXXXXX6867$XXXXX
    H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXXX
    H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
    H-ETT/LOCATION PHONE        *CNTRY 1
    H-******** ALASKAAIR.COM BOOKING REMARKS ********
    H-CUSTOMER HAS AGREED TO ALL FARE RULES
    H-ARRANGERRESIDENCE US
    H-IPADDRESS 75.15.30.40
    H-75.15.30.40 IPADDR
    H- SERVER R,34
    H-******** ALASKAAIR.COM TICKETING REMARKS ********
    H-AUTH-VISA/VI6867/23JAN/            2447
    H- AUTH-APV/00095G/00/USD226.19
```

```
H- AUTH-CSC NOT SUPPLIED/
H- AUTH-ADDRESS AND POSTAL MATCH/Y
XXAUTH/00095G /BA6867
XXTAC/
H-HBA ID REQUIRED AT CHECK-IN
H-HBA CHECK-IN 2 HOURS BEFORE DEPARTURE
H-TICKET ISSUED USING FUNDS FROM MY EWALLET
H-SEE VCR FOR EWALLET IATA CERT NUMBERS
H-EMAIL CONFIRMATION SENT 01/23/24 0930AM PL174246846
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
ASU PROCESSED
H-ASU PROCESSED
H-ASU PROCESSED
RECEIVED FROM -
    KATELYN KINGEN          *CNTRY 1
RECORD LOCATOR -
    NET.SEA5HWE 1124 2024/01/23 FMYKQS
SERVICE IMPROVEMENT
HISTORY
    A3O OSI AS *MBL*1052/14MARSEA/KINGEN-SUCCESSFUL CKIN/240314160338
    S-SEA NET 5RWD 1803 2024/03/14
    X4G AS 1052X 2024/03/14 SEA BUR HK 12E NR
    A4G AS 1052X 2024/03/14 SEA BUR SS 06B NLH
    R-SABRE IX
    S-SEA SEA 7REX 1735 2024/03/14
    A3O OSI AS *MBL*1041/14MARBUR/KINGEN-SUCCESSFUL CKIN/240313214124
    S-BUR NET 5RWD 2342 2024/03/13
    A5H H-ASU PROCESSED
    A4S SSR AUTO AS 1052X14MAR/ASU SGL MVP SAVER NN1
    A4G AS 1052X 2024/03/14 SEA BUR SS 12E NR
    R-SABRESONIC RIM
    S-SEA SEA 4RRA 1731 2024/03/13
    A5H H-ASU PROCESSED
    A4S SSR AUTO AS 1041X14MAR/ASU SGL MVP SAVER NN1
    A4G AS 1041X 2024/03/14 BUR SEA SS 11B NLH
    R-SABRESONIC RIM
    S-SEA SEA 4RRA 0705 2024/03/13
    X4S SSR DOCO AS HK1//K/TT1144V9Q///US
    X4S SSR DOCS AS HK1/DB/          /F/KINGEN/KATELYN/M
    A4S SSR DOCS AS HK1/DB/          /F/KINGEN/KATELYN/M
    A4S SSR DOCO AS HK1//K/          //US
    R-CKI
    S- 1939 2024/03/11
    A4O OSI AS *-UPG*COMP-RULE PC USED AS X MVP TYPE-/SEA/BUR/1052/14MAR2024/IX
    A4O OSI AS *-UPG*COMP-RULE USED AS X MVP TYPE-/SEA/BUR/1052/14MAR2024/IX
    R-SABRE IX
    S-SEA SEA 7REX 1133 2024/01/23
    A5H H-EMAIL CONFIRMATION SENT 01/23/24 0930AM PL174246846
    R-CONFLETR
    S-NET SEA 8RCP 1130 2024/01/23
    A4S SSR BRGV /BOFA BIN 400390 NN1
```

PROTECTED MATERIAL

```
R-SABRE IX
S-SEA SEA 7REX 1129 2024/01/23
A4O OSI AS *-UPG*COMP-RULE PC USED AS X MVP TYPE-/BUR/SEA/1041/14MAR2024/IX
A4O OSI AS *-UPG*COMP-RULE USED AS X MVP TYPE-/BUR/SEA/1041/14MAR2024/IX
R-SABRE IX
S-SEA SEA 7REX 1128 2024/01/23
X4O OSI AS*GO*AUTO-COMP UPGRADE
R-SABRE IX
S-SEA SEA 7REX 1126 2024/01/23
A4O OSI AS *-UPG*COMP-AUTOUP-SEA/BUR/1052/14MAR2024/IX
A4O OSI AS *-UPG*COMP-AUTOUP-PC-SEA/BUR/1052/14MAR2024/IX
R-IX UPGRADE
S-SEA SEA 7REX 1126 2024/01/23
A4O OSI AS *-UPG*COMP-AUTOUP-BUR/SEA/1041/14MAR2024/IX
A4O OSI AS *-UPG*COMP-AUTOUP-PC-BUR/SEA/1041/14MAR2024/IX
R-IX UPGRADE
S-SEA SEA 7REX 1126 2024/01/23
A4O OSI AS*GO*AUTO-COMP UPGRADE
R-WEB
S-NET SEA 5HWE 1124 2024/01/23
A5H H-HBA ID REQUIRED AT CHECK-IN
A5H H-HBA CHECK-IN 2 HOURS BEFORE DEPARTURE
A5H H-TICKET ISSUED USING FUNDS FROM MY EWALLET
A5H H-SEE VCR FOR EWALLET IATA CERT NUMBERS
R-KATELYN KINGEN             *CNTRY 1
S-NET SEA 5HWE 1124 2024/01/23
A5H H-AUTH-VISA/VI6867/23JAN/            2447
A5H H- AUTH-APV/00095G/00/USD226.19
A5H H- AUTH-CSC NOT SUPPLIED/
A5H H- AUTH-ADDRESS AND POSTAL MATCH/Y
X7 TAC/
A7 T-23JAN-NET5HWE
AT W$PQ1N1.1$FMPXX05050797549*XXXXXXXXXXXXXX6867/XXXX/226.19$VCR$BA1*NIL$BA2*NIL
R-KATELYN KINGEN 2063996729*CNTRY 1
S-NET SEA 5HWE 1124 2024/01/23
AW N/KATELYN KINGEN
AW A/
AW C/
AW Z/
A5F -TBM*XXXXXXXXXXXXXX6867$XXXXX
A5H H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXX
A5H H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXXXXXXXXXXXXX
A5H H-******** ALASKAAIR.COM TICKETING REMARKS ********
X8 TL1159P/24JAN-WED
A7 TAC/
R-KATELYN KINGEN             *CNTRY 1
S-NET SEA 5HWE 1124 2024/01/23
PRICE RETENTION
PRICE QUOTE RECORD - HISTORY DETAILS
PQH 1 VALID AS/ NONREF/NOCHGS
BASE FARE EQUIV AMT TAXES TOTAL
USD191.62 44.57XT USD236.19 ADT
XT 10.00ZP 9.00XF 25.57XT
ADT-01 OH2OAUBN
BUR AS SEA95.81OH2OAUBN AS BUR95.81OH2OAUBN USD191.62END ZPBURSEA XFBUR4.5SEA4.5
01 O BURSEA AS 1041 X 14MAR 700A OH2OAUBN 14MAR14MAR
02 O SEABUR AS 1052 X 14MAR 530P OH2OAUBN 14MAR14MAR
NET SEA 5HWE 1124 /23JAN STATUS-HISTORY EXP- /19DEC PRICE-AGT
QUEUE HISTORY
LOGGED HISTORY
OFF FCF 0107/ 2024/03/14 1810 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/03/14 1809 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/14 1809 REMOVED BY FCF RFS-QMOV
```

PROTECTED MATERIAL

```
ON  FCF 0103/252 FCF 2024/03/14 1804 PLACED BY NET RWD
OFF FCF 0107/ 2024/03/14 1740 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/14 1739 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/14 1739 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/14 1735 PLACED BY SEA REX
OFF FCF 0107/ 2024/03/14 0710 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/14 0709 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/14 0709 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/14 0705 PLACED BY SEA REX
OFF FCF 0107/ 2024/03/13 2346 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/13 2345 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/13 2345 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/13 2342 PLACED BY NET RWD
OFF FCF 0107/ 2024/03/13 1734 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/13 1733 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/13 1733 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/13 1731 PLACED BY SEA RRA
OFF FCF 0107/ 2024/03/13 0710 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/13 0709 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/13 0709 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/13 0705 PLACED BY SEA RRA
OFF FCF 0107/ 2024/03/07 0239 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/07 0239 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/07 0239 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/07 0233 PLACED BY SEA RRA
OFF FCF 0107/ 2024/03/06 0939 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/03/06 0939 PLACED BY FCF RFS
OFF FCF 0103/ 2024/03/06 0939 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/03/06 0938 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/29 0233 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/29 0232 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/29 0232 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/29 0229 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/28 0933 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/28 0932 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/28 0932 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/28 0927 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/22 0214 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/22 0214 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/22 0214 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/22 0213 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/21 0908 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/21 0908 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/21 0908 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/21 0907 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/15 0156 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/15 0156 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/15 0156 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/15 0151 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/14 0908 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/14 0908 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/14 0908 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/14 0903 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/08 0114 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/08 0114 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/08 0114 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/08 0110 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/07 0908 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/07 0908 PLACED BY FCF RFS
OFF FCF 0103/ 2024/02/07 0908 REMOVED BY FCF RFS-QMOV
ON  FCF 0103/252 FCF 2024/02/07 0902 PLACED BY SEA RRA
OFF FCF 0107/ 2024/02/01 0044 REMOVED BY FCF RFS-QZAP
ON  FCF 0107/252 FCF 2024/02/01 0043 PLACED BY FCF RFS
```

PROTECTED MATERIAL

```
OFF FCF 0103/ 2024/02/01 0043 REMOVED BY FCF RFS-QMOV
ON FCF 0103/252 FCF 2024/02/01 0038 PLACED BY SEA RRA
OFF FCF 0107/ 2024/01/31 0844 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/31 0843 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/31 0843 REMOVED BY FCF RFS-QMOV
ON FCF 0103/252 FCF 2024/01/31 0841 PLACED BY SEA RRA
OFF ARI 0017/ 2024/01/25 1811 REMOVED BY SEA DXX-QZAP
OFF CRC 0252/ 2024/01/25 1733 REMOVED BY SEA DXX-QZAP
OFF FCF 0107/ 2024/01/25 0007 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/25 0007 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/25 0007 REMOVED BY FCF RFS-QMOV
ON FCF 0103/252 FCF 2024/01/25 0002 PLACED BY SEA RRA
OFF FCF 0107/ 2024/01/24 0843 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/24 0843 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/24 0843 REMOVED BY FCF RFS-QMOV
ON FCF 0103/252 FCF 2024/01/24 0838 PLACED BY SEA RRA
OFF FCF 0107/ 2024/01/23 1137 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/23 1137 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/23 1137 REMOVED BY FCF RFS-QMOV
ON FCF 0103/252 FCF 2024/01/23 1133 PLACED BY SEA REX
OFF FCF 0107/ 2024/01/23 1131 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/23 1131 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/23 1131 REMOVED BY FCF RFS-QMOV
DUP FCF 0103/252 FCF 2024/01/23 1130 NO ADD BY SEA RCP
DUP FCF 0103/252 FCF 2024/01/23 1129 NO ADD BY SEA REX
DUP FCF 0103/252 FCF 2024/01/23 1128 NO ADD BY SEA REX
DUP FCF 0103/252 FCF 2024/01/23 1126 NO ADD BY SEA REX
DUP FCF 0103/252 FCF 2024/01/23 1126 NO ADD BY SEA REX
ON FCF 0103/252 FCF 2024/01/23 1126 PLACED BY SEA REX
OFF FCF 0107/ 2024/01/23 1125 REMOVED BY FCF RFS-QZAP
ON FCF 0107/252 FCF 2024/01/23 1125 PLACED BY FCF RFS
OFF FCF 0103/ 2024/01/23 1125 REMOVED BY FCF RFS-QMOV
OFF ETX 0098/ 2024/01/23 1125 REMOVED BY SEA RCQ-QZAP
ON ETX 0098/007 2024/01/23 1125 PLACED BY SEA RCQ
OFF ETX 0097/ 2024/01/23 1125 REMOVED BY SEA RCQ-QMOV
ON ETX 0097/007 2024/01/23 1125 PLACED BY SEA RCQ
OFF ETX 0026/ 2024/01/23 1125 REMOVED BY SEA RCQ-QMOV
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
ON CRC 0252/001 2024/01/23 1124 PLACED BY CRC CRC
DUP ARI 0017/001 2024/01/23 1124 NO ADD BY ARI ARI
ON ETX 0026/007 2024/01/23 1124 PLACED BY ***GTAO**
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
DUP FCF 0103/252 FCF 2024/01/23 1124 NO ADD BY SEA HWE
ON FCF 0103/252 FCF 2024/01/23 1124 PLACED BY SEA HWE
ON ARI 0017/001 2024/01/23 1124 PLACED BY ARI ARI
BAG TAG
 PSGR#-001 KATELYN KINGEN
 BOARDING PASS PRINT RESULT
 PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS- ESTA-NOT APPLICABLE
 PSGR#-001 ITN #-002 INF #-N SEQ #-0002 STATUS- ESTA-NOT APPLICABLE
ERROR MESSAGES
```

PROTECTED MATERIAL

**PNR: HSLWPW 3/12/2024**

**HEADER**
   HSLWPW 2024/03/14 AS 1041 2024/03/12 1539 004 TTY 001 000 TTY 000 RM 1S
   1LI/MINGJUN MR
     AS 1041N 14MAR Q BUR SEA HK 01 700A 948A HRS /E
**TKT/TIME LIMIT**
   T-13MAR-NET5RWD
   TE 0278092983142 LI/M SYSSYS 1539/12MAR*
   TK 0272363950508 LI/M NET5RWD 0412/13MAR
**PHONES**
**PRE-RESERVED SEATS**
   AS 1041N 2024/03/14 BUR SEA HK 11D NRA 1.1
**FREQUENT TRAVELER ITEM**
**UPGRADE LIST**
**PASSENGER PROFILE**
**HOST FACTS**
   SSR DOCS AS HK1/P/CN/       /CN/      /M/27DEC28/LI/MINGJUN 1.1
   SSR CTCE AS HK1/46302830//QQ.COM
   OSI AS CTCP NYC1520003044
   SSR TKNE AS HK1 BURSEA1041N14MAR/0278092983142C1 1.1
   SSR AUTO AS 1041N14MAR/ASU SGL NON ELITE NON SAVER NN1 1.1
   SSR TKNA AS HK1 BURSEA1041N14MAR/0272363950508 1.1
   OSI -BAG FEE- BAGGAGE-0GO*1041BURSEA14MAR/1 1.1
**ASSOCIATED REFERENCE FIELD**
   PNRLOC SEATS TK/TL PASSENGER NAMES
**GENERAL FACTS**
   SSR SEAT AS KK1 BURSEA1041N14MAR-1LI/MINGJUN MR.11DF
   OSI AS WEB BT BUR 7027-783009I 1.1
   OSI AS *WEB*1041/14MARBUR/LI-SUCCESSFUL CKIN/240313071049 1.1
**REMARKS**
   H-ASU PROCESSED
   H-AUTH-MSTR/CA9286/13MAR/01441710339142544434
   H- AUTH-APV/0PXW55/00/USD35.00
   H- AUTH-CSC NOT SUPPLIED/
   H- AUTH-AVS NOT SUPPORTED/
   XXAUTH/0PXW55 /CA9286
**RECEIVED FROM -**
   HDQRM1S122039/DKA518DDC10C82/B77AD90000006617 51F42123-001
**RECORD LOCATOR -**
   HDQ1SAYWUUE/3D4J/31711831
   TTY.TTY 1539 2024/03/12 HSLWPW
**SERVICE IMPROVEMENT**
**HISTORY**
   A3O OSI AS *WEB*1041/14MARBUR/LI-SUCCESSFUL CKIN/240313071049
   S-BUR NET 5RWD 0912 2024/03/13
   A3O OSI AS WEB BT BUR 7027-783009I
   S-BUR NET 5RWD 0912 2024/03/13
   A4O OSI -BAG FEE- BAGGAGE-0GO*1041BURSEA14MAR/1
   S-NET NET 5RWD 0912 2024/03/13
   A5H H-AUTH-MSTR/CA9286/13MAR/        4434
   A5H H- AUTH-APV/0PXW55/00/USD35.00
   A5H H- AUTH-CSC NOT SUPPLIED/
   A5H H- AUTH-AVS NOT SUPPORTED/
   A4S SSR TKNA AS HK1 BURSEA1041N14MAR/02723639505082
   X7 T-12MAR
   A7 T-13MAR-NET5RWD
   AT W$PQ1N1.1$F*CAXXXXXXXXXXXX9286/0427
   S-NET NET 5RWD 0912 2024/03/13
   A3S SSR SEAT AS KK1 BURSEA1041N14MAR-1LI/MINGJUN MR.11DF
   A5H H-ASU PROCESSED
   A4S SSR AUTO AS 1041N14MAR/ASU SGL NON ELITE NON SAVER NN1

PROTECTED MATERIAL

```
      A4G AS 1041N 2024/03/14 BUR SEA SS 11D NRA
      R-SABRESONIC RIM
      S-SEA SEA 4RRA 0704 2024/03/13
      A4S SSR TKNE AS HK1 BURSEA1041N14MAR/0278092983142C1
      R-HDQRM1S122039 5203A65A-001
      S-TTY TTY RM1S 1539 2024/03/12
      A7 T-12MAR
      S-LAX LAX AQL 1539 2024/03/12
PRICE RETENTION
      PRICE QUOTE RECORD - DETAILS
      PQ 1 BAGFEE-35
      BASE FARE EQUIV AMT TAXES TOTAL
      USD35.00 USD35.00 ADT
      ADT-01 NAS01/0GO
      BUR AS SEA35.00NAS01/0GO USD35.00END
      01 O BURSEA AS 1041 N 14MAR 700A NAS01/0GO 14MAR14MAR
      NET SEA 5HWB 0912 /13MAR STATUS-ACTIVE EXP- /07FEB PRICE-AGT
QUEUE HISTORY
      LOGGED HISTORY
      DUP ARI 0016/001 2024/03/13 0912 NO ADD BY ARI ARI
      DUP ARI 0016/001 2024/03/12 1539 NO ADD BY ARI ARI
      DUP ARI 0016/001 2024/03/12 1539 NO ADD BY ARI ARI
      ON ARI 0016/001 2024/03/12 1539 PLACED BY ARI ARI
BAG TAG
      PSGR#-001 MINGJUN MR LI
      PSGR#-001 RTE #-0001 SEA 7027783009 BY - BUR 5RWD 0712/2024/03/13 STATUS-
      PSGR#-001 RTE #-0001 SEA 7027806352 BY - BUR 54AN 0548/2024/03/14 STATUS-
      RTE #-0001 AS 1041 SEA
      BOARDING PASS PRINT RESULT
      PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
ERROR MESSAGES
```

PROTECTED MATERIAL

PNR: YZKEUO 2/29/2024

**HEADER**
   YZKEUO 2024/03/14 AS 1041 2024/02/29 0057 5 HWG 004 NET 001 000 SEA 001
   1BAKER/JUSTIN
    AS 1041X 14MAR Q BUR SEA HK 01 700A 948A HRS /E
 **TKT/TIME LIMIT**
   T-28FEB-NET5HWG
   TE 0272362624906 BAKER/J NET5HWG 2057/28FEB
 **PHONES**
   NET*TRAVELER*       *CNTRY 1-H
   NET*ARRANGER*      *CNTRY 1
   NET*ARGUID* E409ACA9-3A68-4288-D097-08DC38C69BDE
   ETT*-**         -*
   NET*FORMID 5S822799DC04A4109BA6EF7454014Q28
 **PRE-RESERVED SEATS**
   AS 1041X 2024/03/14 BUR SEA HK 11E NR 1.1
 **FREQUENT TRAVELER ITEM**
   AS 353184650 HK AS NN 1.1
 **UPGRADE LIST**
 **PASSENGER PROFILE**
  JUSTIN BAKER

 **HOST FACTS**
   SSR DOCS AS HK1/DB/     /M/BAKER/JUSTIN 1.1
   OSI AS BOFA NO MATCH 29FEB24 0102
   SSR AUTO AS 1041X14MAR/ASU SGL NON ELITE SAVER NN1 1.1
 **ASSOCIATED REFERENCE FIELD**
   PNRLOC SEATS TK/TL PASSENGER NAMES
 **GENERAL FACTS**
   OSI YY PCTC IRROPE
   OSI YY PCTC IRROPP      *CNTRY 1
   OSI AS *MBL*1041/14MARBUR/BAKER-SUCCESSFUL CKIN/240313101533 1.1
 **REMARKS**
   -TBM*XXXXXXXXXXXXXX5118$XXXXX
   H-ETT/CARDHOLDERXXXXXXXXXXXXXX
   H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXXXXXXXXXXXXX
   H-ETT/LOCATION PHONE     *CNTRY 1
   H-******** ALASKAAIR.COM BOOKING REMARKS ********
   H-CUSTOMER HAS AGREED TO ALL FARE RULES
   H-ARRANGERRESIDENCE US
   H-IPADDRESS 47.229.243.53
   H-47.229.243.53 IPADDR
   H- SERVER Q,44
   H-******** ALASKAAIR.COM TICKETING REMARKS ********
   H-AUTH-VISA/VI5118/29FEB/      6242
   H- AUTH-APV/046992/00/USD183.10
   H- AUTH-MATCHED/M
   H- AUTH-ADDRESS AND POSTAL MATCH/Y
   XXAUTH/046992 /BA5118
   XXTAC/
   H-HBA ID REQUIRED AT CHECK-IN
   H-HBA CHECK-IN 2 HOURS BEFORE DEPARTURE
   H-EMAIL CONFIRMATION SENT 02/28/24 1100PM PL176290243
   ASU PROCESSED
   H-ASU PROCESSED
   H-GIR 501288 F1041 IB INAPPROIPRATE TOUCH FBI AND POS
 **RECEIVED FROM -**
   JUSTIN BAKER     *CNTRY 1
 **RECORD LOCATOR -**

PROTECTED MATERIAL

```
NET.SEA5HWG 0057 2024/02/29 YZKEUO
SERVICE IMPROVEMENT
HISTORY
A5H H-GIR 501288 F1041 IB INAPPROIPRATE TOUCH FBI AND POS
S-SEA SEA 77TV 1604 2024/03/14
A3O OSI AS *MBL*1041/14MARBUR/BAKER-SUCCESSFUL CKIN/240313101533
S-BUR NET 5RWD 1216 2024/03/13
A5H H-ASU PROCESSED
A4S SSR AUTO AS 1041X14MAR/ASU SGL NON ELITE SAVER NN1
A4G AS 1041X 2024/03/14 BUR SEA SS 11E NR
R-SABRESONIC RIM
S-SEA SEA 4RRA 0705 2024/03/13
A4O OSI AS BOFA NO MATCH 29FEB24 0102
R-SABRE IX
S-SEA SEA 7REX 0102 2024/02/29
A5H H-EMAIL CONFIRMATION SENT 02/28/24 1100PM PL176290243
R-CONFLETR
S-NET SEA 8RCP 0100 2024/02/29
A5H H-HBA ID REQUIRED AT CHECK-IN
A5H H-HBA CHECK-IN 2 HOURS BEFORE DEPARTURE
R-JUSTIN BAKER            *CNTRY 1
S-NET SEA 5HWG 0057 2024/02/29
A5H H-AUTH-VISA/VI5118/29FEB/            6242
A5H H- AUTH-APV/046992/00/USD183.10
A5H H- AUTH-MATCHED/M
A5H H- AUTH-ADDRESS AND POSTAL MATCH/Y
X7 TAC/
A7 T-28FEB-NET5HWG
AT W$PQ1N1.1$F*XXXXXXXXXXXXXX5118/XXXX*CXXX$VCR$BA1*NIL
R-JUSTIN BAKER            *CNTRY 1
S-NET SEA 5HWG 0057 2024/02/29
AW N/JUSTIN BAKER
AW A/
AW C/
AW Z/
A5F -TBM*XXXXXXXXXXXXXX5118$XXXXX
A5H H-ETT/CARDHOLDERXXXXXXXXXXXXXXX
A5H H-ETT/CARDHOLDERXXXXXXXXXXXXXXXXXXXXXXXXXXXX
A5H H-******** ALASKAAIR.COM TICKETING REMARKS ********
X8 TL1159P/29FEB-THU
A7 TAC/
R-JUSTIN BAKER            *CNTRY 1
S-NET SEA 5HWG 0057 2024/02/29
PRICE RETENTION
PRICE QUOTE RECORD - HISTORY DETAILS
PQH 1 VALID AS/ NONREF/NOCHGS
BASE FARE EQUIV AMT TAXES TOTAL
USD156.28 26.82XT USD183.10 ADT
XT 5.00ZP 4.50XF 17.32XT
ADT-01 NH4OASBN
BUR AS SEA156.28NH4OASBN USD156.28END ZPBUR XFBUR4.5
01 O BURSEA AS 1041 X 14MAR 700A NH4OASBN 14MAR14MAR
NET SEA 5HWG 0057 /29FEB STATUS-HISTORY EXP- /25JAN PRICE-AGT
QUEUE HISTORY
LOGGED HISTORY
OFF FCF 0108/ 2024/03/14 1610 REMOVED BY FCF RFS-QZAP
ON FCF 0108/252 FCF 2024/03/14 1609 PLACED BY FCF RFS
OFF FCF 0104/ 2024/03/14 1609 REMOVED BY FCF RFS-QMOV
ON FCF 0104/252 FCF 2024/03/14 1604 PLACED BY SEA 7TV
OFF FCF 0108/ 2024/03/13 1222 REMOVED BY FCF RFS-QZAP
ON FCF 0108/252 FCF 2024/03/13 1221 PLACED BY FCF RFS
OFF FCF 0104/ 2024/03/13 1221 REMOVED BY FCF RFS-QMOV
ON FCF 0104/252 FCF 2024/03/13 1216 PLACED BY NET RWD
```

PROTECTED MATERIAL

```
  OFF FCF 0108/ 2024/03/13 0710 REMOVED BY FCF RFS-QZAP
  ON FCF 0108/252 FCF 2024/03/13 0709 PLACED BY FCF RFS
  OFF FCF 0104/ 2024/03/13 0709 REMOVED BY FCF RFS-QMOV
  ON FCF 0104/252 FCF 2024/03/13 0705 PLACED BY SEA RRA
  OFF FCF 0108/ 2024/03/06 0939 REMOVED BY FCF RFS-QZAP
  ON FCF 0108/252 FCF 2024/03/06 0939 PLACED BY FCF RFS
  OFF FCF 0104/ 2024/03/06 0939 REMOVED BY FCF RFS-QMOV
  ON FCF 0104/252 FCF 2024/03/06 0938 PLACED BY SEA RRA
  OFF FCF 0108/ 2024/02/29 0103 REMOVED BY FCF RFS-QZAP
  ON FCF 0108/252 FCF 2024/02/29 0102 PLACED BY FCF RFS
  OFF FCF 0104/ 2024/02/29 0102 REMOVED BY FCF RFS-QMOV
  DUP FCF 0104/252 FCF 2024/02/29 0102 NO ADD BY SEA REX
  DUP FCF 0104/252 FCF 2024/02/29 0100 NO ADD BY SEA RCP
  OFF ETX 0098/ 2024/02/29 0058 REMOVED BY SEA RCQ-QZAP
  ON ETX 0098/007 2024/02/29 0058 PLACED BY SEA RCQ
  OFF ETX 0097/ 2024/02/29 0058 REMOVED BY SEA RCQ-QMOV
  ON ETX 0097/007 2024/02/29 0058 PLACED BY SEA RCQ
  OFF ETX 0026/ 2024/02/29 0058 REMOVED BY SEA RCQ-QMOV
  DUP FCF 0104/252 FCF 2024/02/29 0057 NO ADD BY SEA HWG
  DUP FCF 0104/252 FCF 2024/02/29 0057 NO ADD BY SEA HWG
  DUP FCF 0104/252 FCF 2024/02/29 0057 NO ADD BY SEA HWG
  DUP ARI 0021/001 2024/02/29 0057 NO ADD BY ARI ARI
  ON ETX 0026/007 2024/02/29 0057 PLACED BY ***GTAO**
  DUP FCF 0104/252 FCF 2024/02/29 0057 NO ADD BY SEA HWG
  DUP FCF 0104/252 FCF 2024/02/29 0057 NO ADD BY SEA HWG
  ON FCF 0104/252 FCF 2024/02/29 0057 PLACED BY SEA HWG
  ON ARI 0021/001 2024/02/29 0057 PLACED BY ARI ARI
BAG TAG
  PSGR#-001 JUSTIN BAKER
  BOARDING PASS PRINT RESULT
  PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
ERROR MESSAGES
```

USA-00000145
3-012

PROTECTED MATERIAL

**PNR: WTGYPA 2/18/2024**

```
HEADER
    WTGYPA 2024/03/14 AS 1041 2024/02/18 1856 004 TTY 001 000 TTY 000 RM AA
    1AV 1
      AS 1041O 14MAR Q BUR SEA HK 01 700A 948A HRS AA O 7590/E
      AS 0508O 14MAR Q SEA CVG HK 01 1039A 600P HRS AA O 7564/E
  TKT/TIME LIMIT
      T-18FEB
      TE 0012117295194 AV 1      SYSSYS 1902/18FEB
  PHONES
  PRE-RESERVED SEATS
      AS 1041O 2024/03/14 BUR SEA HK 11F NWR 1.1
      AS 0508O 2024/03/14 SEA CVG HK 18A NWL 1.1
  FREQUENT TRAVELER ITEM
  UPGRADE LIST
  PASSENGER PROFILE
  HOST FACTS
      SSR DOCA AS HK1/R/US///CA 1.1
      SSR DOCS AS HK1/DB/          /F/AV 1                1.1
      SSR CTCM AS HK1/
      SSR CTCE AS HK1/
      OSI AS CTCP
      OSI AS CTCP WWW1310 710 2976 C
      OSI AS PURCHASED ON AA.COM US 02/18/2024 IN US CURRENCY
      SSR TKNE AS HK1 BURSEA1041O14MAR/0012117295194C1 1.1
      SSR TKNE AS HK1 SEACVG0508O14MAR/0012117295194C2 1.1
      SSR AUTO AS 1041O14MAR/ASU SGL NON ELITE NON SAVER NN1 1.1
      SSR AUTO AS 508O14MAR/ASU SGL NON ELITE NON SAVER NN1 1.1
  ASSOCIATED REFERENCE FIELD
      PNRLOC SEATS TK/TL PASSENGER NAMES
  GENERAL FACTS
      SSR SEAT AS KK1 BURSEA1041O14MAR-1AV 1         .11FF
      SSR SEAT AS KK1 SEACVG0508O14MAR-1AV 1         12AF
      OSI AS *MBL*1041/14MARBUR/CALIX-SUCCESSFUL CKIN/240313185956 1.1
      OSI AS *MBL*1041/14MARBUR/CALIX-SUCCESSFUL CKIN/240314051619 1.1
      OSI AS *MBL*1041/14MARBUR/CALIX-SUCCESSFUL CKIN/240314051619 1.1
      OSI AS *MBL*1041/14MARBUR/CALIX-SUCCESSFUL CKIN/240314051639 1.1
      SSR SEAT AS NO1 SEACVG0508O14MAR-1AV 1         .12A
      SSR SEAT AS KK1 SEACVG0508O14MAR-1AV 1         .18AF
  REMARKS
      ASU PROCESSED
      ASU PROCESSED
      ASU PROCESSED
      ASU PROCESSED
      ASU PROCESSED
      ASU PROCESSED
      H-ASU PROCESSED
      H-ASU PROCESSED
  RECEIVED FROM -
      HDQRMAA190056 3C51E140-001
  RECORD LOCATOR -
      TULAADWOOGQ/MS73
      TTY.TTY 1856 2024/02/18 WTGYPA
  SERVICE IMPROVEMENT
  HISTORY
      X4G AS 0508O 2024/03/14 SEA CVG HK 12A NWL
      A3S SSR SEAT AS NO1 SEACVG0508O14MAR-1AV 1         12A
      A3S SSR SEAT AS KK1 SEACVG0508O14MAR-1AV 1         18AF
      A4G AS 0508O 2024/03/14 SEA CVG SS 18A NWL
      R-CKI
      S- 1222 2024/03/14
```

PROTECTED MATERIAL

```
A3O OSI AS *MBL*1041/14MARBUR/AV 1  -SUCCESSFUL CKIN/240314051639
S-SEA NET 5RWC 0717 2024/03/14
A3O OSI AS *MBL*1041/14MARBUR/AV 1  -SUCCESSFUL CKIN/240314051619
S-SEA NET 5RWC 0716 2024/03/14
A3O OSI AS *MBL*1041/14MARBUR/AV 1  -SUCCESSFUL CKIN/240314051619
S-SEA NET 5RWC 0716 2024/03/14
A3O OSI AS *MBL*1041/14MARBUR/AV 1  -SUCCESSFUL CKIN/240313185956
S-BUR NET 5RWD 2100 2024/03/13
A3S SSR SEAT AS KK1 SEACVG0508O14MAR-1 AV 1        .12AF
A5H H-ASU PROCESSED
A4S SSR AUTO AS 508O14MAR/ASU SGL NON ELITE NON SAVER NN1
A4G AS 0508O 2024/03/14 SEA CVG SS 12A NWL
R-SABRESONIC RIM
S-SEA SEA 4RRA 1039 2024/03/13
A3S SSR SEAT AS KK1 BURSEA1041O14MAR-1 AV 1        .11FF
A5H H-ASU PROCESSED
A4S SSR AUTO AS 1041O14MAR/ASU SGL NON ELITE NON SAVER NN1
A4G AS 1041O 2024/03/14 BUR SEA SS 11F NWR
R-SABRESONIC RIM
S-SEA SEA 4RRA 0704 2024/03/13
A4S SSR TKNE AS HK1 BURSEA1041O14MAR/0012117295194C1
A4S SSR TKNE AS HK1 SEACVG0508O14MAR/0012117295194C2
A7 T-18FEB
R-HDQRMAA190102 3C515F9A-001
S-TTY TTY RMAA 1902 2024/02/18
A4O OSI AS PURCHASED ON AA.COM US 02/18/2024 IN US CURRENCY
R-HDQRMAA190102 3C52DCBD-001
S-TTY TTY RMAA 1902 2024/02/18
PRICE RETENTION
QUEUE HISTORY
  LOGGED HISTORY
  DUP ARI 0016/001 2024/02/18 1902 NO ADD BY ARI ARI
  ON ARI 0016/001 2024/02/18 1856 PLACED BY ARI ARI
BAG TAG
 PSGR#-001 AV 1
 BOARDING PASS PRINT RESULT
 PSGR#-001 ITN #-000 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
 PSGR#-001 ITN #-002 INF #-N SEQ #-0001 STATUS-DHS CLEARED ESTA-NOT APPLICABLE
ERROR MESSAGES
```



USA-00000026

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 7
Admitted _____



9:56 AM  Thu Mar 14

< Find Flight        AS 1041 ∨

Flight Closed        BUR → SEA        N972AK 737-M9E

## Crew Check-In   6/6 Verified

**CA   Roger "Blair" Holterman**
✓ Verified by Gayane Makaryan, 6:14 AM

**FO   Michael "Mike" Antonini**
✓ Verified by Helen Sevilla, 5:57 AM

**FA   Kyle Peterson**
✓ Verified by Helen Sevilla, 5:55 AM

**FB   Marco Gonzalez**
✓ Verified by Helen Sevilla, 5:55 AM

**FC   Katelyn "Kate" Hasenfus**
✓ Verified by Helen Sevilla, 5:58 AM

**FD   Leah Woolfolk**
✓ Verified by Gayane Makaryan, 6:07 AM

⚭ Add Tem...rary Crew                    📞 Crew S...eduling

### Attention Areas

ROC Target        Load Factor

**0**/0           **52%**

⚠ Unable to get passenger information. Try Again

Inbound Connections              **0** >

ⓘ Overview    ᎒ᎁ᎒ Announcements    📳 Boarding    ☰ Lists

### Departure Timeline

| | | |
|---|---|---|
| Board Start | D-40 | **6:18 AM** 6:20 AM |
| Board 97% | D-13 | **6:41 AM** 6:47 AM |
| Board End | D-10 | **6:42 AM** 6:50 AM |
| PDC | D-5 | **6:47 AM** 6:55 AM |
| Ramp Load Submit | D-5 | **6:48 AM** 6:55 AM |

USA-00000027

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 8
Admitted _____

# BULK

## Exhibit 9

Jacket belonging to Defendant

March 14, 2024



USA-00000025



U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 41
Admitted _____





**Justin 2nd Line** >

confirming

As I stated on the phone with you on Sunday I believe that I am a victim of sexual assault. I spent a long time last night writing down what really happened in the entire flight. This is a nightmare for everyone and extends beyond the plane and there is much work to be done but I believe beyond a shadow of any doubt that I am not only legally innocent but a victim of a crime committed against me.

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 52
Admitted _____

**Justin** ›

You have admitted on several occasions - to Carissa, to me,  and to your parents over FaceTime that you are attracted to teen girls. Teen girls are not considered adults, but they are not prepubescent.

**Delivered**



I understand what you are saying. I said what you said that I said. I'm saying that that specific word has a specific definition.





Justin >

saying that that specific word has a specific definition.

I guess what I meant when I said I can turn it off was that I was thinking specifically of that aspect of things. Since I was honest and talked with Carissa (and others as you mentioned) about it, I haven't felt that attraction anymore at all.
For example, I don't miss TikTok at all.

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 54
Admitted _____



**Justin** >

(and others as you mentioned) about it, I haven't felt that attraction anymore at all.
For example, I don't miss TikTok at all.

> But you were attracted to a teenager - the 18 year old on the plane



> I sincerely hope you can turn off this attraction for good.

I meant after everything happened/ blew up

U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 55
Admitted _____



U.S. v. JUSTIN BAKER
CR24-058 JCC
Plaintiff's Exhibit: 62
Admitted _____