THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN BAKER,<br><br>　　　　　　　Defendant. | CASE NO. CR24-0058-JCC<br><br>ORDER |

　　　This matter comes before the Court on defense counsel's motion seeking the Court's intervention with respect to possible photos taken of Defendant while the U.S. Marshals were taking him into custody, following trial in this matter (Dkt. No. 99). Having thoroughly considered the briefing, the Court hereby DENIES the motion.

　　　Notably, the Government confronted the identified photographer as soon as it heard from defense counsel that she had taken photos of Defendant during remand. (*See* Dkt. No. 103 at 2.) Upon confrontation, the photographer confirmed she would immediately delete these photos. (*See* Dkt. Nos. 99 at 1, 103 at 2.) She further confirmed that she had not (and therefore would not) disseminate them. (*See* Dkt. No. 103 at 2.)

　　　Defense counsel has not otherwise established any basis for its supposition that "possibly others" also took photos while Defendant was being remanded. (*See* Dkt. No. 99-1 at 1.) Therefore, the Court does not find good cause to order the Government to contact spectators two

weeks after trial has concluded, let alone attain sworn attestations from them.

For the reasons described above, defense counsel's motion (Dkt. No. 99) is DENIED this 6th day of November 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE
