The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JUSTIN BAKER, <br><br> Defendant. | NO. CR24-058 JCC <br><br> [Proposed] <br><br> ORDER TO SEAL ADMITTED EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits 3, 7, 36, 41, 53, 54, 55, and 62,

It is hereby ORDERED that the unredacted copies of the exhibits listed above shall remain sealed.

DATED this 12th day of November 2024.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

Order to Seal - 1
*United States v. Baker* / CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ Grace W. Zoller*
3  GRACE W. ZOLLER
   Assistant United States Attorney

Order to Seal - 2
*United States v. Baker* / CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970