# Exhibit 1

Dear Judge Coughenour,

I am writing this letter to give some background on me as a husband and a father; express my empathy and sympathy for Ms. E█████ C███; explain what I have learned in the past ten months; share my plan for stay out of trouble in the future; discuss the serious consequences for my actions that I have already endured; and implore you for a lower-end sentence so that I can be reunited with my family and begin to rebuild my life. Thank you for taking the time to read this letter.

First, I want to apologize to the one person who was affected directly by my actions: Ms. E█████ C███. I want to take this time to publicly apologize to Ms. C███. I feel remorse for making you feel uncomfortable. I feel shame for engaging with you in this way at all. I feel sympathy for how you have had to carry this since March, 2024. I feel empathy for you for having to testify at trial and answer many personal and uncomfortable questions in front of a room of total strangers. I am sure there are many more ways that this has impacted you and as I continue to try to put myself in your shoes I will see those other ways. So I want to also offer my sincere apology to you, Ms. C███, for any ways that all of this has negatively impacted you of which I am currently unaware.

As a result of my conduct, I have experienced severe punishment that started long before sentencing. And for that, I have no one to blame except for myself.

I have had many titles professionally in my 21 years of working professionally and I have worn many hats in my 42 years of life, but the two greatest jobs and titles that I have ever had are those of "husband" and "Papa." As was mentioned during my court case I am currently going through a divorce as one of the consequences of my actions, so I am deeply saddened that whenever I leave custody that I will no longer wear the mantle of "husband" to Carissa. However, I will always maintain the role of "Papa" to E█████ (11 years old), G█████████ (9), and T█████ (3, turning 4 next month).

I have always been a very active and present father. My priorities have always been to support my family—spiritually, emotionally, physically, and financially. I have had a second job, which I am passionate about, of reffing volleyball for the past 21 years as a way to help provide for my family as my wife focused on raising and homeschooling our kids. I also have preached monthly at a church in Los Angeles, both because I am passionate about sharing God's Word with others and as another way to provide for my family. Even with all this work I have made it my top priority to be there for my wife and kids. I attended their softball and soccer practices and games, their choir productions, and their homeschool community group activities. We as a family prioritized meals together, devotions and prayer time, and having lots of fun playing games at the park, going places,

eating out (especially ice cream), and just being together. Whenever I could I took them on work trips with me, whether it was the whole family or a getaway for my wife and I. Being a husband and a father has been the greatest joy and honor of my life.

As a result of my actions on March 14, 2024 with Ms. O███, and everything that has transpired legally for me since then, the harmonious home of my nuclear family has looked different since then. Carissa ad our kids moved out on March 19, 2024. On October 8, 2024 Carissa filed for divorce. I was served on October 15, 2024. During the seven months between my arrest and the start of my trial I saw my kids an average of 2–3 times per week. I have spoken to them once since I was incarcerated, on Friday, October 25, 2024. (I have called Carissa many times since then but she never answers the phone.)

The greatest consequences of my actions has been the dissolution of my marriage and the destruction of my family unit. As a married man, and as a father who seeks to be an example to my kids, I should not have done what I did with Ms. O███. In fact, I knew that so immediately and knew it so immensely that it was the first thing I told both the Port of Seattle Police and Agent Truong of the FBI. No amount of sentence—from "time served" to the maximum for my crime of 2 years—will compare to the consequence I face personally with my family. Of course, I also face much difficulty professionally, too, with the amount of publicity and online articles my case has generated. I have lots of rebuilding and repairing to do, and I implore you to allow me to start that process outside of prison as early as possible. All of this has helped me realize that there are so many people who are deeply affected/impacted indirectly by my actions. I want to take this time to publically apologize to Carissa, E███, G██████, & T████.


During my pre-trial release I voluntarily enrolled in a Virtual Outpatient Intensive Psychotherapy (VOIP) program through The Meadows. Your honor, you have read letters about me from my colleagues in my 8-week, 14 hour per week group therapy group: Justin Helmer, Inderjit Sandhu, and Ajita Arjawahl.  They all attest to the person that I am, the honesty that I have with my struggles, and the amount of work that I put in and progress that I made both during the time of intensive group therapy and afterwards.

That is the number one thing that I will do upon my release from prison—continue to work on myself. I will be on regular Zoom calls with these friends who are my accountability partners and co-laborers in doing the hard work of deep self-discovery. I will find a personal counselor to start weekly therapy. I will continue to identify and express my emotions (both positive and negative emotions). I will re-enter my kids' lives and work with my soon-to-be ex-wife on developing a positive co-parenting relationship. I will pursue gainful

employment, leveraging my two Masters degrees and my varied employment history into the next stage of my professional career. I will pursue volunteer opportunities that pursue both justice and compassion for all people, which I am legally allowed to do based on the limitations of my legal status as a convicted felon and a sex offender.

I will never engage in this type of behavior again. I have an amazing support system ready and waiting for me when I get out. My parents have my room ready for me already at their house. I'll be on weekly calls with my friends from my group at The Meadows. I will start counseling and continue to learn what led me to this place and equip myself with the tools that nothing even remotely like this will ever happen again. I will develop a good working relationship with my parole officer and I will be an exemplary parolee, doing everything that is asked of me in the post-release conditions.

There is nothing that more time behind bars will accomplish for me. I have learned my lesson. I am genuinely remorseful. I understand that my actions have impact on both the person with whom I am interacting and so many others. I understand that me learning these lessons have come at a great personal cost to me, Ms. E███ C███, my wife Carissa, my kids E█████, G████████, and T█████, my parents Steven and Nancy and my whole family, my Mother-in-law Linda Scolinos and the whole Scolinos family, and countless others. I implore you, Judge Coughenour, to allow me to resume my role in my kids' lives, my family's lives, and in society. Thank you for taking the time to read and consider my, my family's, and my friend's impassioned pleas for my immediate release from prison and a return to my family and the community—for the betterment of all.

With gratitude,

Justin Baker