# Exhibit 2

Ajita Agarwal,
San Francisco, CA  94105

December 9th 2024

The **Honorable John C. Coughenour**,
U.S. District Judge,
Seattle, WA 98101

Dear Judge Coughenour,

I am one of Justin's close friends. Justin is an extremely respectful and caring person. He is a hard working and doting father with a heart of gold. It takes some time to get to know a person's innermost personality and we all have different capacities for stressful situations and adopt coping mechanisms and Justin is no exception to that norm.

Justin has been extremely vulnerable and open with me about his journey navigating through the ups and downs in his life. He is a person that may initially seem to have a more opaque "shell" externally, however, he is a person who does a lot of self-reflection and weighs all his decisions and actions through a lot of thought. In all the time I've known him, he has never been stubborn, has asked for constructive feedback and reflected on it, and is always open to understanding different perspectives. He sees the best in all the people in his life, regardless of how they treat/interact with him. He has on  multiple occasions expressed the turmoil and remorse in his heart that he has been experiencing since earlier this year and has been very sorrowful that everyone around him has been going through as well. I know that he has worked through a lot of his trauma during our time at The Meadows Outpatient Center program and have seen him evolve to an even more respectful and kind person with no ill-will in his heart. The most important takeaway from this program has been the friendship and emotional support system our group has created for each other.

Justin has been pouring his heart out with regular email updates - on the books he is reading, emotional journeys and other experiences he is encountering- knowing he has as a friend he can lean on for support and connection. And I know that he continues working to be a better human every single day.

Sincerely,

*Ajita Agarwal*

Ajita Agarwal