# Exhibit 3

To: The Honorable John C. Coughenour, U.S. District Judge

Dear Judge Coughenour,

I know Justin Baker as a brother. He is four years older than I am and has always been the most loving, kind, protective, and caring older brother. He cares deeply about my life and happiness and has a great deal of love for our family. When I reflect on my childhood, words like calm, peaceful, content, happy, adventurous, family time, routine, and love come to mind. As we grew older, we maintained our caring sibling relationship and would check in with each other over the phone since we lived a few hours apart.

My two boys refer to Justin Baker as Uncle Justin. He has shown a genuine interest in their lives by checking in on how they are doing with sports, school, church activities, friends, and more. He always makes a point to kick a soccer ball with them, throw a football, do puzzles, and play games. Although they typically saw Uncle Justin only during holidays or birthday parties, over the past year, they have had the opportunity to spend more time with him during his visits to our parents.

When I think of my brother and the traits I value in him, the first thing that comes to mind is his kindness. He has a big heart for everyone, regardless of their background, race, or lifestyle. Justin is very social and loves to talk; he can engage anyone in conversation and make them feel special.

He is also a hard worker, often holding multiple jobs to support his family of five.

As a father, he truly shines. He lights up whenever he talks about his kids. He invests so much love and support into their lives, remaining very hands-on despite his long working hours or reffing games on the weekends. You can often find him waking up with the kids to let his wife sleep in, attending their sports games, reading them books, playing with them in the backyard, and making their childhoods joyful and memorable

Justin has expressed sorrow and regret for the ways he has mishandled his marriage. He feels deeply sad about his current situation and misses his children immensely. He has mentioned that therapy has been beneficial for him and through therapy, he has learned many helpful and constructive strategies for managing stress.

I have been emailing him several times a week and can see that he is already being a light for Jesus, spreading joy to those around him. I believe that when he is able, he will be ready to work again and provide for his family. He is committed to becoming the man God knows him to be. He has always been a great brother and uncle.

Sincerely,
Ashley Doran