# Exhibit 4

Nancy E. Baker
███ ███ ███
Oak View CA 93022

November 18, 2024

Honorable John C. Coughenour
US District Judge

Dear Judge Coughenour:

My name is Nancy Baker, and I am a retired elementary school teacher and principal. I am Justin Baker's mother. Justin has always been a loving and caring son.

I am writing this letter to offer you a glimpse into Justin's life. As a young boy, Justin loved learning about God and expressed a desire to help others. Justin gathered cans of food for needy families and took part in CROP Hunger Walks. At fourteen years old he flew to Georgia with YWAM, Youth With A Mission, to help serve disadvantaged families. He was invited to preach at a historic Black church, and the adults on the team spoke often about his powerful, loving, and insightful sermon. Justin also participated in multiple trips to work with the homeless in San Francisco, and to work with orphans and help build homes in Mexico. As an adult he traveled to Spain and to Zimbabwe to spread God's love and to help others.

Justin has always carried the burden of supporting his family, and he has done so cheerfully and creatively. Justin has a Masters of Divinity, but realizing that a different degree might be more advantageous in increasing his income, he earned a Masters in Business Administration, all while working his full time job and refeering during many evenings and on weekends. Justin was then able to secure a better paying job with his MBA. I know Justin is eager to gain employment and continue once again to provide for his family.

Justin is kind, considerate, compassionate and caring. Justin has cried over what has transpired, for the impact it has had on all. I feel confident that Justin's behavior will be irreproachable both during his confinement and after his release. He has been in counseling and an intensive therapy program. Justin has learned healthy coping skills which he will use going forward in his life.

We are here for Justin, and he will live with us upon release. We love Justin. We support him wholeheartedly and we know that Justin will do everything possible to become a man above reproach.

Thank you for your time and consideration.

Sincerely,
*Nancy Baker*
Nancy Baker