# Exhibit 5

November 18, 2024

The Honorable John C. Coughenour, U.S. District Judge

Dear Judge Coughenour:

Justin Baker is a good man. He is a loving, playful, and supportive father of his three children. He heartbrokenly misses them, and they he.

When considering writing this letter of reference for my son, I was overwhelmed, not knowing how or how far back to start a review of his life. I could write the story of the many years I witnessed first-hand of a loving son, a boy with manners and care of others and faith in God all of his years. But, I know his mother will better write of that.

Instead, I prefer to write to you of my recent time with Justin in the seven months awaiting trial. Because of the allegations, Justin's wife took their three children and moved out of their home and in with her mother. She also told Justin that he should quit his job with Pitzer College and stop his side work refereeing volleyball at all levels, from club to professional. Justin did not quit, but continued to work, and work hard, to provide for his family. And he continued to fulfill all duties of his jobs on a professional level, earning continued praise and respect of his employers and colleagues.

It was not easy. It was required that I escort him on all flights, both for his business trips (San Francisco and Chicago) and two trips to Seattle re his trial. He humbled himself to accept that so that he could continue to provide for his family, as he did.

Also, during this time, Justin successfully completed an intensive eight-week addiction counseling program. (He continues to receive outreach of encouragement from friends he met in the group portion of the program.)

In what little free time he had during those seven months, Justin spent as much time as was allowed by his estranged wife to be with his kids. They would play at the park and he'd talk with them and tell them and show them how much he loves them and will continue to love them no matter what. And, of course, he'd also take them out to eat and for ice cream.

I beg the court to please be lenient with Justin Baker. Please consider a location closer to home in southern California. Please allow him the opportunity to serve his sentence in a work-release program so that he can hold his head up, contribute to society as he has all his adult years, and continue to provide for his family and himself.

I am Justin's father. I know my son. I know him to be a good man, a good father, a good son, a good friend to many, and a faithful servant to God. Please see and know the Justin of whom I write.

I most sincerely appreciate your consideration of my words.

Sincerely,

Steven A. Baker