# Exhibit 6

12/4/2024

Dear Judge Coughenour,

I had the good fortune of meeting Justin Baker as part of an outpatient program called The Meadows, which is a treatment center that offers comprehensive outpatient services for adults dealing with addiction, trauma, and other behavioral health conditions.

This program is an 8-week, 14 hour per-week, group session led by a qualified and credentialed individual of The Meadows staff. During these sessions, the sheer volume of time spent with individuals in the group each week allows us to get to know each other, intimately.

Justin started in the group being open and vulnerable about his experience on the airplane, and all of the aftermath. He made it very clear from the start that he regretted his actions. He felt remorse for the fact that the woman was uncomfortable given the circumstances. He felt shame for engaging with this woman in the first place, and putting his marriage and family at risk. He was able to step inside the woman's shoes and feel what she felt; and he felt very sorry for how this event impacted her. These feelings were strong, and consistent throughout the 14 weeks.

This reaction from Justin describes the character that he has. He has a strong moral compass, and compassion for others. He understands that the universe is bigger than himself, and that his individual decisions affect the whole. Justin tried to reach out to the woman via his legal team; unfortunately, she failed to respond. He wanted to make contact with her, for the sole purpose of expressing these feelings.

Now that Justin has been convicted, I urge you to consider both the circumstances, and Justin's reflection on these circumstances. He wants nothing more than to continue to grow, as he has already. Even in the 8 weeks that we spent together, he showed tremendous growth as a human being. He should be granted the opportunity to rebuild his family and be a part of his kids' lives. These are crucial moments in their development that he deserves to be a part of.

Justin will succeed with his goals of continual growth. He has the right heart, mindset, and support system to do so. What I want more than anything for Justin, is for him to realize his worth and feel heard. He deserves to be heard, and he will fight to be understood. His friends and family are his support system to help push him further in the direction he is already going. He doesn't need us, but he has us.

When determining sentencing, please consider the fortitude of Justin's character despite the circumstances. He deserves another opportunity.


Sincerely,

Justin Helmer