# Exhibit 7

Dear Judge Coughenour,

I am writing this letter for Justin Alan Baker. I met Justin in an intensive outpatient program run by Meadows Behavioral Healthcare. The program is for people who are actively looking to get help with problems in their lives. Joining the program alone, shows that you are committed to finding resources to help become a better person and to help with mental health issues, addiction, trauma and a list of many other things. The program is three hours a day, four days a week for about ten weeks. I met Justin my third day in the program and was a member of his group for the remainder till completion. Justin was a very important member of the group for me. Justin was so supportive and understanding and made it clear that he was not only in the program to better himself, but to help the rest of us in our recovery. Justin took it upon himself to regularly check in with me and the whole group and we have been very close ever since. It was also very clear to me early on that Justin really wanted to find help and was willing to put in the hard work in order to heal.

In the program I learned a lot about Justin as a person, a father, a husband and as a friend. Justin is an amazing father and made it clear that his children and family mean the world to him. He also expressed how his wife and children are his whole world. Spending so many hours talking to Justin both in and out of the program, allowed me to get a very good idea of the type of person he really is. Justin is extremely compassionate and caring and was always first in line to help the group with any of our problems. I also learned a great deal about his current situation. I was thrown back when learning of the allegations against him. Nothing in his character reflected someone who would have done what he was accused of. That being said, Justin made it clear that no matter what, he is committed to changing himself for the better and if he has to do some time in prison, he will make sure to come out and even better version of himself. No matter what the verdict was to be, Justin showed an immense amount of remorse for anyone involved or effected by whatever took place. I believe that he is innocent, but I am also confident that he is hurt for everyone involved with this situation. The idea of being stripped from his whole life, his family, his career, his home, was something that seemingly tore him apart. Being the stand up person he is, he still made it clear that he has faith in god and himself, and will deal with his consequences and make sure to come out a better person.

I still email Justin regularly while he is in prison. Through all of the heartache and pain he must be feeling, he has made it clear that he is keeping his faith in god and taking steps to better himself however he can while incarcerated. He has been reading a lot of self help books, taking part in prayer groups and will continue to find ways to keep improving as a person overall. He is focused on finding ways to continue his hard work upon release also. That being said, I plead with you to give him a minimal sentence and to allow him to continue to pick up the pieces of his life. The Justin I have come to know really is a good, caring man. I have made it clear that I will be here to help him once he is released in any way possible for him to fix his life and to keep him focused on working on himself. The rest of our group is also willing to do the same.

Thank you so much for taking the time to read my letter. I really hope you find it in your heart to allow him to learn from his time already served and to allow him to be released soon so he can continue his hard work and get his life back in order. Please feel free to reach out to me any time.

Sincerely,

Inderjit Sandhu