# Ex. A

11:41
5G 65
C[redacted] My Love
Monday
So big for you 3:09 PM
I wish you were home sucking me dick right now 3:09 PM
I'm going to eat you out from behind not standing up and on all 4s 3:16 PM
I think we could do lots of different fun positions when my dick is rock hard 3:33 PM
You can sit on my face while I carress your ass. 4:15 PM
I just need you so much. I need to kiss every inch of your body. I need you rub my dick in every inch of your body 4:16 PM
I need you to kiss every inch of my body and rub your vagina over every inch of my body. 4:16 PM
I bought whipped cream and strawberries because I wanted to put whipped cream between your legs and dip my strawberry in there before I eat it. That way I

