THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN ALAN BAKER,<br><br>    Defendant. | CASE NO. CR24-0058-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Sentencing in this matter is presently scheduled for February 18, 2025, at 9:00 a.m. (Dkt. No. 108.) Pursuant to Federal Rule of Criminal Procedure 32(h), the Court hereby provides notice to Defendant that it may consider an upward departure and/or variance from the applicable sentencing guideline ranges based upon the seriousness of Defendant's offense and the need to protect the public.

DATED this 14th day of February 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
CR24-0058-JCC
PAGE - 1