The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JUSTIN BAKER <br><br> Defendant. | NO. CR24-058 JCC <br><br> [Proposed] <br><br> ORDER TO SEAL EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits A, B, C, and D to the Government's Unopposed Motion to Redact Transcripts,

It is hereby ORDERED that Exhibits A, B, C, and D shall remain sealed.

DATED this 18th day of March, 2025.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

Presented by:
*s/ Grace W. Zoller*
GRACE W. ZOLLER
Assistant United States Attorney

Order to Seal - 1
*United States v. Baker* / CR24-058 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970